

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00185-CV

RICHARD L. PEMBERTON D/B/A                          APPELLANTS
PEMBERTON FINE CUSTOM
HOMES, LLC AND RICHARD L.
PEMBERTON

V.

VICK COX AND JACKIE COX                             APPELLEES

\-----------

FROM COUNTY COURT AT LAW NO. 2 OF TARRANT COUNTY

\-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

\-----------

We have considered the parties' "Joint Motion To Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.  *See* Tex. R. App. P. 43.4.


PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GABRIEL, JJ.

DELIVERED:  January 19, 2012